NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SB IP HOLDINGS, LLC,**
*Appellant*

**v.**

**VIVINT, INC.,**
*Appellee*

_____

2024-1271

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00814.

-------------------------------------------------

**SB IP HOLDINGS, LLC,**
*Appellant*

**v.**

**VIVINT, INC.,**
*Appellee*

_____

2024-1296

_____

2                                    SB IP HOLDINGS, LLC v. VIVINT, INC.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00810.

---------------------------------------------------

**SB IP HOLDINGS, LLC,**
*Appellant*

**v.**

**VIVINT, INC.,**
*Appellee*

_____

2024-1307, 2024-1331, 2024-1366, 2024-1874, 2024-1957, 2024-2012

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00811, IPR2022-00812, IPR2022-00813, IPR2022-01352, IPR2022-01364, and IPR2022-01365.

---------------------------------------------------

**SB IP HOLDINGS, LLC,**
*Appellant*

**v.**

**VIVINT, INC.,**
*Appellee*

_____

2024-2189

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01449.

_____

# **O R D E R**

Upon consideration of the parties' joint stipulations of voluntary dismissal of the above-captioned appeals pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1)  The appeals are dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 10, 2025
        Date

ISSUED AS A MANDATE:  July 10, 2025